United States Bankruptcy Court
Northern District of Illinois

In Re:                                       )
                                             )    Case No.:
                                             )
                                             )    Chapter:
                                             )
        Debtor(s)                            )    Date Filed:
                                             )
                                             )

**NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED**

To:

The document(s) are deficient for one or more of the following reasons:

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

    Unsigned

    Debtor(s) or Company check unacceptable

    No fee is required

    Other:

---

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

    Voluntary Petition (Official Form 101 or 201)

    Statement of Social Security Number (Official Form 121)

    List of Name and Addresses of All Creditors

    Missing Signature(s)

    No form of payment (one of the following is required)
-    Full Filing Fee
-    Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
-    Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)

    Other:

Revised: 12/19/2015

In Re:                                                                                                                                    Case No.

## NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED

**APPLICATION FOR INDIVIDUALS TO PAY THE FILING FEE IN INSTALLMENTS**[1]

The Application for Individuals to Pay the Filing Fee in Installments, filed is deficient for one or more of the following reasons. Please submit as an **AMENDED** Application for Individuals to Pay the Filing Fee in Installments

    Part 1:1 – Incorrect chapter selected. Please check the appropriate box

    Part 1:2 – Amounts are missing or does not equal the entire fee for the chapter you checked in line 1

    Part 1:2 – Dates are missing or incomplete

    Part 1:2 – Total does not equal the entire fee for the chapter you checked in line 1

    Part 2   – Missing signature(s)/Date(s)

    Other:

**APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED**[1]

The Application to Have the Chapter 7 Filing Fee Waived for Individuals to Pay the Filing Fee in Installments, filed is deficient for one or more of the following reasons. Please submit as an **AMENDED** Application to Have the Chapter 7 Filing Fee Waived.

    Missing Signature(s)

    Other:

**ADVERSARY PROCEEDING**

    Alias Summons:

    Amended Complaint:

    Adversary Proceeding Coversheet:

    Amended Adversary Proceeding Coversheet:

    Other:

---

[1] The Amended Application must be filed within 10 days of the date of this Notice.

In Re:                                                                                                    Case No.

## NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED

**RETURNED DOCUMENT(S) – REQUEST FOR ADDITIONAL INFORMATION**

In order to properly process your document(s), additional information is needed:

    Case number and case name does not match our records. Please verify the correct case number and/or case name.

    Case number is not listed on the document. Please provide the case number.

    Please fill out the attached Proof of Claim form.

    Other:

**MOTION DEFICIENCEY** – Motion is deficient for the follow:

    Motion is deficient for payment. Please submit payment.

    Notice of Motion – please complete and submit.

    Proposed Order – please complete and submit.

**ADDITIONAL CORRECTIONS REQUIRED** – Please make all necessary corrections to the document(s) listed below.

    Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

    Amended Petition to Correct:

    Motion to Redact and Proposed Order[2]

    Other:

---

[2] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the unredacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents. If applicable, include the signature of the attorney representing the debtor/joint debtor.

    **PAYMENT REQUIRED** – Please include a cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court**

    Please mail the required document(s) or payment listed above, including this Notice to my attention at:

Date:                                           Deputy Clerk   _____

                                                   Contact Number   _____